Otto E. Georgi, appellee, v. Ands. Koch, Inc., appellant. Gen. No. 28,539.

Action to recover commissions for sales of merchandise. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924.

Edelson & Tannenbaum, for appellant. Rathje & Connor, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.